IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| JAMES EARL WATKINS, #1702234 | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 6:18cv347 |
| CAROL E. MONROE, JR., ET AL. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff James Earl Watkins, a prisoner currently confined in the Texas prison system, proceeding *pro se* and *in forma pauperis*, filed the above-styled and numbered civil lawsuit. Before any defendant filed an answer, Mr. Watkins filed a motion for summary judgment on October 29, 2018. (Dkt. #25).

The motion was referred to United States Magistrate Judge K. Nicole Mitchell, who issued a Report and Recommendation concluding that Mr. Watkins' motion for summary judgment (Dkt. #25) should be denied as premature. (Dkt. #41). The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of the motion, has been presented for consideration, and no objections thereto having been timely filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the court. It is accordingly

**ORDERED** that the Report and Recommendation (Dkt. #41) is **ADOPTED**. It is further

**ORDERED** that Mr. Watkin's motion for summary judgment (Dkt. #25) is **DENIED** as premature.

**SIGNED** this the **25** day of **April, 2019.**

_____
Thad Heartfield
United States District Judge