IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| JAMES EARL WATKINS, #1702234 | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 6:18cv347 |
| CAROL E. MONROE, JR., ET AL. | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff James Earl Watkins, a prisoner currently confined in the Texas prison system, proceeding *pro se* and *in forma pauperis*, filed the above-styled and numbered civil lawsuit. In response, Defendants Fatai Rasheed and Derek Light filed a motion to dismiss requesting the dismissal of all claims against them. (Dkt. #24). Mr. Watkins filed a motion to proceed against the Defendants. (Dkt. #37).

The motion was referred to United States Magistrate Judge K. Nicole Mitchell, who issued a Report and Recommendation concluding that Defendants Rasheed and Light's motion to dismiss (Dkt. #24) should be granted in part and denied in part. (Dkt. #44). The Report also concluded that Mr. Watkins' motion to proceed against the Defendants (Dkt. #37) should be granted in part and denied in part. (Dkt. #44). The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of the motion, has been presented for consideration, and no objections thereto having been timely filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the court. It is accordingly

**ORDERED** that the Report and Recommendation (Dkt. #44) is **ADOPTED**. It is further

**ORDERED** that Defendants Rasheed and Light's motion to dismiss (Dkt. #24) is **GRANTED** in part and **DENIED** in part. It further

**ORDERED** that Mr. Watkins' motion to proceed against Defendants (Dkt. #37) is **GRANTED** in part and **DENIED** in part. It is

**ORDERED** that Defendants Rasheed and Lights' motion to dismiss the claim for money damages against them in their official capacities is **DENIED** as **MOOT**. It is further

**ORDERED** that Mr. Watkins' retaliation claim against Defendants Light and Rasheed is **DISMISSED** with prejudice pursuant to FED. CIV. P. R. 12(b)(6). It is further

**ORDERED** that Mr. Watkins' medical deliberate indifference claim against Defendant Light is **DENIED** as **MOOT**. It is further

**ORDERED** that Defendants' motion to dismiss the medical deliberate indifference claim against Defendant Rasheed is **DENIED** without prejudice. It is finally

**ORDERED** that Mr. Watkins' claim for injunctive relief against the Defendants in their official capacities is **DISMISSED** without prejudice as the claim sounds in habeas corpus and is not appropriate for a civil rights suit.

Mr. Watkins may proceed with his medical deliberate indifference claim for money damages against Defendant Fatai Rasheed.

**SIGNED** this the **20** day of **May, 2019.**

_Thad Heartfield_
Thad Heartfield
United States District Judge