IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| JAMES EARL WATKINS, #1702234 | § | |
| VS. | § | CIVIL ACTION NO. 6:18cv347 |
| CAROL E. MONROE, JR., ET AL. | § | |

ORDER ADOPTING REPORT AND RECOMMENDATION

Plaintiff James Earl Watkins, a prisoner currently confined in the Texas prison system, proceeding *pro se* and *in forma pauperis*, filed the above-styled and numbered civil lawsuit. In response, Defendant Fatai Rasheed filed a motion for summary judgment on the merits. (Dkt. #75).

The motion was referred to United States Magistrate Judge K. Nicole Mitchell, who issued a Report and Recommendation (Dkt. #93) concluding that Defendant Rasheed's motion for summary judgment (Dkt. #75) should be denied. The Report of the Magistrate Judge, which contains proposed findings of fact and recommendations for the disposition of the motion, has been presented for consideration, and no objections thereto having been timely filed, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the court. It is accordingly

**ORDERED** that the Report and Recommendation (Dkt. #93) is **ADOPTED**. It is further

**ORDERED** that Defendant Rasheed's motion for summary judgment (Dkt. #75) is **DENIED**.

**SIGNED** this the 17 day of **March, 2020.**

Thad Heartfield
United States District Judge